UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1558

IN THE MATTER OF THE APPLICATION OF )
THE UNITED STATES OF AMERICA )
FOR A SEARCH WARRANT FOR: )      ORDER TO UNSEAL
5105 DEPARTURE DRIVE )
UNIT E-588 )
RALEIGH, NC 27615 )

Upon motion of the Government, the application, affidavit and delayed notification in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

June 12, 2015
_____
DATE

*Robert T Numbers II*
_____
United States Magistrate Judge